Richard Dale PETERSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 52687.

Missouri Court of Appeals,
Western District.

Jan. 14, 1997.

Jarrett Aiken Johnson, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David R. Truman, Asst. Atty. Gen., Jefferson City, for respondent.

Before BRECKENRIDGE, P.J., and HANNA and LAURA DENVIR STITH, JJ.

## ORDER

PER CURIAM.

The defendant appeals the denial of his Rule 24.035 motion without an evidentiary hearing following his plea to robbery in the first degree, § 569.020, RSMo 1994, and sentence of twentyfive years imprisonment. Affirmed. Rule 24.035(b).